# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00100-RJC-DSC

| | |
|---|---|
| PATRICIA ADAMS,  )<br>  )<br>　　　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EQUIFAX INFORMATION SERVICES  )<br>LLC et al.,  )<br>  )<br>　　　Defendants.  ) | **ORDER** |

**THIS MATTER** is before the Court on "Motion for Admission *Pro Hac Vice* and Affidavit [for Joseph L. Gentilcore]" (document # 16) filed October 2, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 2, 2019

David S. Cayer
United States Magistrate Judge